# EXHIBIT L

# Mountbrook USA LLC

248 Greenwich Avenue
Greenwich
CT, 06830
USA

Business ID: 1003843

**Customer**
74 Grand St. Equities LLC

STATEMENT | June 30, 2017

# STATEMENT

| Date | DESCRIPTION | DR | CR |
|---|---|---|---|
| September 30, 2016 | Project management invoice 1 | $ 12,500.00 | |
| October 31, 2016 | Project management invoice 2 | $ 12,500.00 | |
| November 30, 2016 | Project management invoice 3 | $ 12,500.00 | |
| December 31, 2016 | Project management invoice 4 | $ 12,500.00 | |
| January 31, 2017 | Project management invoice 5 | $ 12,500.00 | |
| February 28, 2017 | Project management invoice 6 | $ 12,500.00 | |
| March 31, 2017 | Project management invoice 7 | $ 12,500.00 | |
| April 30, 2017 | Project management invoice 8 | $ 12,500.00 | |
| May 31, 2017 | Project management invoice 9 | $ 12,500.00 | |
| June 30, 2017 | Project management invoice 10 | $ 12,500.00 | |
| | | $ 125,000.00 | $ - |

**Balance outstanding** $ 125,000.00

# Mountbrook USA LLC                                                                    INVOICE

248 Greenwich Avenue
Greenwich
CT, 06830                                                   Business ID                 1003843
USA

**Invoice to**
74 Grand St Equities LLC                          INVOICE NUMBER     1
                                                  INVOICE DATE       June 30, 2017
                                                  OUR ORDER NO.
                                                  YOUR ORDER NO.
                                                  TERMS              30 days

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Project management fee invoice 74 Grand St, NY project<br>$300,000 per annum / 24 months<br>Progress invoice 10 | | $ 12,500.00 |
| | | SUBTOTAL | $ 12,500.00 |
| | | | $ 12,500.00<br>PAY THIS AMOUNT |

**Bank wire instructions**

# Mountbrook USA LLC

248 Greenwich Avenue
Greenwich
CT, 06830
USA

**INVOICE**

Business ID: 1003843

**Invoice to**
74 Grand St Equities LLC

| | |
|---|---|
| INVOICE NUMBER | 1 |
| INVOICE DATE | May 31, 2017 |
| OUR ORDER NO. | |
| YOUR ORDER NO. | |
| TERMS | 30 days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Project management fee invoice 74 Grand St, NY project<br>$300,000 per annum / 24 months<br>Progress invoice 9 | | $ 12,500.00 |
| | | SUBTOTAL | $ 12,500.00 |
| | | PAY THIS AMOUNT | $ 12,500.00 |

**Bank wire instructions**

# Mountbrook USA LLC

248 Greenwich Avenue
Greenwich
CT, 06830
USA

Business ID: 1003843

**Invoice to**
74 Grand St Equities LLC

INVOICE NUMBER: 1
INVOICE DATE: April 30, 2017
OUR ORDER NO.
YOUR ORDER NO.
TERMS: 30 days

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | Project management fee invoice 74 Grand St, NY project<br>$300,000 per annum / 24 months<br>Progress invoice 8 |  | $ 12,500.00 |
|  |  | SUBTOTAL | $ 12,500.00 |
|  |  | PAY THIS AMOUNT | $ 12,500.00 |

**Bank wire instructions**

# Mountbrook USA LLC                                                    INVOICE

248 Greenwich Avenue  
Greenwich  
CT, 06830                                         Business ID                    1003843  
USA

**Invoice to**  
74 Grand St Equities LLC            INVOICE NUMBER  1  
                                    INVOICE DATE    March 31, 2017  
                                    OUR ORDER NO.  
                                    YOUR ORDER NO.  
                                    TERMS           30 days

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | Project management fee invoice 74 Grand St, NY project<br>$300,000 per annum / 24 months<br>Progress invoice 7 |  | $    12,500.00 |
|  | SUBTOTAL |  | $    12,500.00 |
|  |  |  | $    12,500.00 PAY THIS AMOUNT |

**Bank wire instructions**

# Mountbrook USA LLC

248 Greenwich Avenue
Greenwich
CT, 06830
USA

**INVOICE**

Business ID  1003843

**Invoice to**
74 Grand St Equities LLC

| | |
|---|---|
| INVOICE NUMBER | 1 |
| INVOICE DATE | February 28, 2017 |
| OUR ORDER NO. | |
| YOUR ORDER NO. | |
| TERMS | 30 days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Project management fee invoice 74 Grand St, NY project<br>$300,000 per annum / 24 months<br>Progress invoice 6 | | $ 12,500.00 |
| | | SUBTOTAL | $ 12,500.00 |
| | | | |
| | | PAY THIS AMOUNT | $ 12,500.00 |

**Bank wire instructions**

# Mountbrook USA LLC

248 Greenwich Avenue
Greenwich
CT, 06830
USA

Business ID   1003843

**Invoice to**
74 Grand St Equities LLC

INVOICE NUMBER  1
INVOICE DATE  January 31, 2017
OUR ORDER NO.
YOUR ORDER NO.
TERMS  30 days

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | Project management fee invoice 74 Grand St, NY project<br>$300,000 per annum / 24 months<br>Progress invoice 5 |  | $ 12,500.00 |
|  | SUBTOTAL |  | $ 12,500.00 |
|  |  |  | $ 12,500.00 PAY THIS AMOUNT |

**Bank wire instructions**

# Mountbrook USA LLC

248 Greenwich Avenue
Greenwich
CT, 06830
USA

**INVOICE**

Business ID  1003843

**Invoice to**
74 Grand St Equities LLC

| | |
|---|---|
| INVOICE NUMBER | 1 |
| INVOICE DATE | December 31, 2016 |
| OUR ORDER NO. | |
| YOUR ORDER NO. | |
| TERMS | 30 days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Project management fee invoice 74 Grand St, NY project $300,000 per annum / 24 months  Progress invoice 4 | | $ 12,500.00 |
| | | SUBTOTAL | $ 12,500.00 |
| | | | $ 12,500.00 PAY THIS AMOUNT |

**Bank wire instructions**

# Mountbrook USA LLC                                                                    INVOICE

248 Greenwich Avenue  
Greenwich  
CT, 06830                                              Business ID                     1003843  
USA

**Invoice to**

74 Grand St Equities LLC

| | |
|---|---|
| INVOICE NUMBER | 1 |
| INVOICE DATE | November 30, 2016 |
| OUR ORDER NO. | |
| YOUR ORDER NO. | |
| TERMS | 30 days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Project management fee invoice 74 Grand St, NY project $300,000 per annum / 24 months  Progress invoice 3 | | $ 12,500.00 |
| | | SUBTOTAL | $ 12,500.00 |
| | | | $ 12,500.00 PAY THIS AMOUNT |

**Bank wire instructions**

# Mountbrook USA LLC

**INVOICE**

248 Greenwich Avenue  
Greenwich  
CT, 06830  
USA

Business ID  1003843

**Invoice to**  
74 Grand St Equities LLC

| INVOICE NUMBER | 1 |
| INVOICE DATE | October 30, 2016 |
| OUR ORDER NO. | |
| YOUR ORDER NO. | |
| TERMS | 30 days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Project management fee invoice 74 Grand St, NY project  $300,000 per annum / 24 months  Progress invoice 2 | | $  12,500.00 |
| | | SUBTOTAL | $  12,500.00 |
| | | | $  12,500.00  PAY THIS AMOUNT |

**Bank wire instructions**

# Mountbrook USA LLC

**INVOICE**

248 Greenwich Avenue  
Greenwich  
CT, 06830  
USA

Business ID     1003843

**Invoice to**  
74 Grand St Equities LLC

| | |
|---|---|
| INVOICE NUMBER | 1 |
| INVOICE DATE | September 30, 2016 |
| OUR ORDER NO. | |
| YOUR ORDER NO. | |
| TERMS | 30 days |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | Project management fee invoice 74 Grand St, NY project<br>$300,000 per annum / 24 months<br>Progress invoice 1 |  | $ 12,500.00 |
|  |  | SUBTOTAL | $ 12,500.00 |
|  |  |  | $ 12,500.00<br>PAY THIS AMOUNT |

**Bank wire instructions**