| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **74 GRAND ST. EQUITIES, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-13295** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 18, 2018**    X **/s/ Paul McDonnell**
Signature of individual signing on behalf of debtor

**Paul McDonnell**
Printed name

**Managing Member**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name: **74 GRAND ST. EQUITIES, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **17-13295**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals   12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $  **14,500,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................  $  **12,462.58**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $  **14,512,462.58**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $  **13,708,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $  **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$  **9,518,445.06**

4. **Total liabilities** ..........................................................................................................  $  **23,226,445.06**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **74 GRAND ST. EQUITIES, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **17-13295**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**    **Current value of debtor's interest**

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | Wells Fargo Bank Account | $12,462.58 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**    **$12,462.58**
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

| Debtor | 74 GRAND ST. EQUITIES, LLC | Case number (If known) | 17-13295 |
|---|---|---|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 74 Grand Street, New York, NY 10013 | Fee Ownership | | Fair Market Value | $14,500,000.00 |

**56. Total of Part 9.** $14,500,000.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

Debtor  **74 GRAND ST. EQUITIES, LLC**  
 Name

Case number *(If known)* **17-13295**

☐ Yes Fill in the information below.

### Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | 74 GRAND ST. EQUITIES, LLC | Case number *(If known)* | 17-13295 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,462.58 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.......................................................>* | | $14,500,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $12,462.58    + 91b. | $14,500,000.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,512,462.58 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **74 GRAND ST. EQUITIES, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-13295** |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **CHURCHILL CREDIT HOLDING LLC**<br>Creditor's Name<br><br>**250 BOWERY, 2ND FLOOR**<br>**New York, NY 10012**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**74 Grand Street, New York, NY 10013**<br><br>**Describe the lien**<br>**Mortgage**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | $13,708,000.00 | $14,500,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $13,708,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Morrison Cohen LLP**<br>**909 Third Avenue**<br>**Attn: Robert K. Dakis**<br>**New York, NY 10022** | Line **2.1** | |

Debtor   **74 GRAND ST. EQUITIES, LLC**                                   Case number (if know)   **17-13295**
        Name

**Thompson Hine LLP**
**335 Madison Ave, 12 Fl**                                                 Line __2.1__
**Attn: Barry M. Kazan**
**New York, NY 10017**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **74 GRAND ST. EQUITIES, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-13295** |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

   **Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83.83** |
|---|---|---|---|
| | BROADWAY EXTERMINATING CO INC.<br>782 AMSTERDAM AVENUE<br>New York, NY 10025 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | BROOKLYN CONCRETE<br>32 W 28TH ST.<br>New York, NY 10001 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | C3D ARCHITECTS, LLC<br>800 W. CENTRAL ROAD,<br>SUITE 141<br>Mount Prospect, IL 60056 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|
| | CARDELLA WASTE SERVICES<br>2400 TONNELLE AVE<br>North Bergen, NJ 07047 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **74 GRAND ST. EQUITIES, LLC** | Case number (if known) | **17-13295** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**CITY OF NEW YORK/OATH**<br>**P.O. BOX 2339**<br>**PECK SLIP STATION**<br>**New York, NY 10272**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __Fines__<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$78,000.00** |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**CT CORPORATION**<br>**111 8TH AVENUE, 13TH FLOOR**<br>**New York, NY 10011**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,500.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**DAMO CONSTRUCTION COMPANY, INC**<br>**14618 LIBERTY AVE,**<br>**Jamaica, NY 11435**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$40,800.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**DEMERARA ENGINEERING, PLLC**<br>**37-24 24TH STREET**<br>**SUITE 231**<br>**Long Island City, NY 11101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,500.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**DF A degree of freedom**<br>**Structural Engineer, PLLC**<br>**231 West 29th St., Suite 802**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,500.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**EMC INC.**<br>**2472 SUNSET DRIVE**<br>**Grenada, MS 38901**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,500.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Environmental Management Consu**<br>**72 Cobb Street**<br>**Rockaway, NJ 07866**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$263,135.00** |

Debtor **74 GRAND ST. EQUITIES, LLC**                                  Case number (if known) **17-13295**
Name

| 3.12 | Nonpriority creditor's name and mailing address<br>**EQUITY ENVIRONMENTAL ENGINEERI**<br>**500 INTERNATIONAL DRIVE,**<br>**SUITE 150**<br>**Mount Olive, NJ 07828**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $12,744.00 |
|---|---|---|
| 3.13 | Nonpriority creditor's name and mailing address<br>**Fin. Commissioner, City of NY**<br>**Post Office Box 2307**<br>**New York, NY 10272**<br>Date(s) debt was incurred **12/8/2017**<br>Last 4 digits of account number **5231** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Sanitation Summons**<br>Is the claim subject to offset? ■ No  ☐ Yes | $100.00 |
| 3.14 | Nonpriority creditor's name and mailing address<br>**Geotech Instruments, Inc.**<br>**2800 SYLON BLVD**<br>**Hainesport, NJ 08036**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $3,400.00 |
| 3.15 | Nonpriority creditor's name and mailing address<br>**IMPERIAL PFS CORPORATION**<br>**301 W 11TH STREET**<br>**Kansas City, MO 64105**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,500.00 |
| 3.16 | Nonpriority creditor's name and mailing address<br>**KM ASSOCIATES OF NY INC.**<br>**158 W 29TH STREET**<br>**New York, NY 10001**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,000.00 |
| 3.17 | Nonpriority creditor's name and mailing address<br>**MOTTOLA RINI ENGINEERS PC**<br>**36 W 25TH STREET**<br>**New York, NY 10010**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,500.00 |
| 3.18 | Nonpriority creditor's name and mailing address<br>**MOUNTBROOK USA LLC**<br>**248 GREENWICH**<br>**Greenwich, CT 06830**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade**<br>Is the claim subject to offset? ■ No  ☐ Yes | $120,000.00 |

| Debtor | **74 GRAND ST. EQUITIES, LLC** | Case number (if known) | **17-13295** |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**MUSTARDSIDE LIMITED**<br>**24-26 CITY QUAY**<br>**DUBLIN   00002**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Loans**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$8,900,000.00** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**NY DEPARTMENT OF BUILDINGS**<br>**CITY GOVERNMENT OFFICE**<br>**280 BROADWAY**<br>**New York, NY 10007**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Fines**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,500.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**NYC LAND SURVEYORS, PC**<br>**63 Montgomery Avenue**<br>**Staten Island, NY 10301**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$4,364.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**PALM CONSTRUCTION, INC.**<br>**332 Bleecker St.**<br>**New York, NY 10014**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$5,000.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**PETER MICELLI PLUMBING**<br>**101 W KINGSBRIDGE RD**<br>**Bronx, NY 10463**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$1,500.00** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Prestige Title Agency**<br>**55 West 39th Street**<br>**9th Floor**<br>**New York, NY 10018**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Trade**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$500.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**ROSENBERG FELDMAN SMITH LLP**<br>**551 FIFTH AVE, 24TH FLOOR**<br>**New York, NY 10176**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Legal Fees**<br><br>Is the claim subject to offset?   ■ No   ☐ Yes | **$22,592.00** |

| Debtor | **74 GRAND ST. EQUITIES, LLC** | Case number (if known) | **17-13295** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**ROSSA CC INC.**<br>**201 VARICK STREET**<br>**#38**<br>**New York, NY 10014** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$5,000.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Trade**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**SACCO & FILLAS LLP**<br>**3119 NEWTOWN AVENUE, #7**<br>**Astoria, NY 11102** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$960.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Trade**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**SIMPSON GUMPERTZ & HEGER INC.**<br>**41 Seyon Street**<br>**Building 1, Suite 500**<br>**Waltham, MA 02453** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$39,738.73** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Trade**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**THE CAPACITY GROUP OF NY**<br>**ONE INTERNATIONAL BLVD**<br>**Mahwah, NJ 07495** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$1,500.00** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Trade**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**TWIN PEAKS, INC.**<br>**3739 30TH ST**<br>**Long Island City, NY 11101** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | **$3,027.50** |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim: Trade**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + $ | **9,518,445.06** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | **9,518,445.06** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **74 GRAND ST. EQUITIES, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-13295** |

☐ Check if this is an amended filing

Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Construction of a new six (6) story mixed use building at 74 Grand Street, New York, New York 10013** |
| | State the term remaining | |
| | List the contract number of any government contract | **Palm Construction, Inc.**<br>**332 Blecker Street**<br>**#H44**<br>**New York, NY 10014** |

**Fill in this information to identify the case:**

Debtor name: **74 GRAND ST. EQUITIES, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): **17-13295**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors  12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 | | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |